

# Service of Process Transmittal
09/17/2021
CT Log Number 540262540

**TO:** Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:** Process Served in Illinois

**FOR:** WALMART INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Huff Carmen // To: WALMART INC. *Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Summonses, Complaint(s) |
| **COURT/AGENCY:** | Madison County Circuit Court, IL<br>Case # 2021L001016 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 08/26/2019, At 379 W Pontoon Rd, Granite City, IL, 62040 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/17/2021 at 12:23 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, exclusive of the day of service |
| **ATTORNEY(S) / SENDER(S):** | Patrick R. D. Sullivan<br>Pratt & Tobin, P.C.<br>150 S. Bellwood Drive<br>P.O. Box 179<br>East Alton, IL 62024<br>618-259-8011 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/17/2021, Expected Purge Date: 09/22/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Sep 17, 2021

**Server Name:** Sheriff Drop

| Entity Served | WALMART INC. |
|---|---|
| Case Number | 2021L001016 |
| Jurisdiction | IL |



STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY
(618) 692-6240
WWW.CO.MADISON.IL.US

| | |
|---|---|
| CARMEN HUFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2021L 001016 |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

DEFENDANT:   WALMART, INC.,
c/o Registered Agent
C T Corporation System
208 South Lasalle St., Suite 814
Chicago, IL 60604

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Madison County Circuit Clerk, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons may not be served later than 30 days after its date.

WITNESS: Clerk of the 3rd Judicial Circuit and the seal thereof at Madison County, Illinois, this _____ day of _____8/25/2021_____, 2021.
Thomas McRae   Clerk of the 3rd Judicial Circuit

BY: /s/ Stacey Turner

(Plaintiff's Attorney or Plaintiff if he is not represented by an attorney)
PATRICK
PRATT &
150 SOUTH BELLWOOD DRIVE
P. O. BOX 179
EAST ALTON, IL 62024

Date of Service: _____, 20____.
(To be inserted by officer on the copy left with the defendant or other person)



CASE No. _____

STATE OF ILLINOIS    }
MADISON COUNTY    }    ss.

I, _____, Sheriff of said county, have duly served the within summons on the defendant _____ by leaving a copy thereof with said defendant personally, on the _____ day of _____, 20\_\_\_\_.

---

I have duly served the said summons on the defendant, _____ on the _____ day of _____, 20\_\_\_\_, by leaving a copy of said summons on said date at his/her usual place of abode with _____ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents thereof and by also sending a copy of said summons on the _____ day of _____, 20\_\_\_\_, in a sealed envelope, with postage fully prepaid, addressed to said defendant _____, at his/her usual place of abode, as stated hereinabove in my return.

Dated this _____ day of _____, 20\_\_\_\_.

Sheriff    _____

---

### Sheriff's Fees

Service............................ $_____

Making Copies..................... $_____

_____ Miles Traveled.......... $_____

Cost of mailing copies.........   $_____

Return............................ $_____
=============================================
Total............................. $_____

CARMEN HUFF,

    PLAINTIFF,

VS.

WALMART, INC.,

    DEFENDANT.

***EFILED***
Case Number 2021L 001016
Date: 8/25/2021 10:50 AM
Thomas McRae
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

# IN THE CIRCUIT COURT
# THIRD JUDICIAL CIRCUIT
# MADISON COUNTY, ILLINOIS

| | |
|---|---|
| CARMEN HUFF, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2021L 001016 |
| ) | |
| WALMART, INC., ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

Now comes the Plaintiff, CARMEN HUFF, by her attorneys, Pratt & Tobin, P.C., and for her Complaint against the Defendant, WALMART, INC., states the following:

1. That at all times relevant hereto, the Plaintiff was and still is a resident of Granite City, Illinois.

2. That at all times relevant hereto, the Defendant was and still is a corporation, organized and existing under the laws of the States of Delaware and Arkansas, with its principal office located in Bentonville, Arkansas.

3. That at all times relevant hereto, the Defendant has done business and continues to do business in Madison County, Illinois.

4. That the Defendant is engaged in the business of owning, renting, inspecting, maintaining and managing commercial real estate in Madison County, Illinois.

5. That on August 26, 2019, and at all times relevant hereto, the Defendant owned and managed commercial real estate located off of Pontoon Road in Granite City, Illinois, with an

Page 1 of 3

address of 379 W Pontoon Rd, Granite City, IL 62040, which included a large commercial building containing a family restroom intended for use by customers and visitors patronizing the store.

6. That on August 26, 2019, and at all times relevant hereto, the Defendant was responsible for the inspection, maintenance, upkeep and repair of the aforementioned restroom.

7. That it was reasonably foreseeable to the Defendant that customers and visitors would use the family restroom while present in the commercial building located at 379 W Pontoon Rd, Granite City, IL 62040.

8. That the Defendant owed a duty to the persons using the restroom to maintain it in a reasonably safe condition for use by customers and visitors.

9. That on and before August 26, 2019, the Defendant was guilty of one or more or all of the following acts of negligence:

   (a) Failure to inspect the family restroom;
   (b) Failure to maintain the family restroom;
   (c) Failure to clean the family restroom;
   (d) Permitting an air freshener to remain on the surface of the family restroom; and
   (e) Failure to warn regarding the condition of the family restroom.

10. That as of August 26, 2019, the Defendant had actual and/or constructive notice of the unsafe condition of the family restroom, including the presence of an air freshener on the surface of the family restroom.

11. That on August, 2019, the Plaintiff was present at the Defendant's property located at 379 W Pontoon Rd, Granite City, IL 62040, when entered the family restroom, stepped on and slipped on an air freshener, which had been allowed to remain on the surface of the family restroom, causing her to fall and injure her left and right knees, rib cage, chest muscles, groin, and suffer other injuries as a result.

12. That Plaintiff's fall and resultant injuries were proximately caused by one, or more, or all of Defendant's acts of negligence.

13. That as a direct and proximate result of one, or more, or all of Defendant's acts of negligence, Plaintiff suffered severe and permanent bodily injury, pain and suffering, disability, loss of a normal life and disfigurement; furthermore, Plaintiff suffered a loss of income or wages and incurred expenses for the medical treatment of her injuries.

WHEREFORE, the Plaintiff, CARMEN HUFF prays for judgment against the Defendant, WALMART, INC., for a fair and reasonable amount in excess of $50,000.00, plus costs of court.

DATED this 25th day of August 2021.

    Respectfully submitted,

    PRATT & TOBIN, P.C.

BY:/s/Patrick R. D. Sullivan
    Patrick R. D. Sullivan, #6310271
    150 S. Bellwood Drive
    P.O. Box 179
    East Alton, IL 62024
    Telephone: (618) 259-8011
    Facsimile: (618) 259-6793
    psullivan@prattandtobin.com
    *Attorney for Plaintiff*